IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLEN ANSARI,<br><br>         Plaintiff,<br><br>v.<br><br>ELECTRONIC DOCUMENT PROCESSING, INC., D/B/A EDP LEGAL SERVICES, INC., a California Corporation; DUSTIN K. FERRO, individually and in his official capacity; and DOES 1 through 50, inclusive,<br><br>         Defendants. | CASE NO: 5:12-cv-01245-LHK<br><br>Complaint filed: 03/13/2012<br><br>[~~PROPOSED~~] ORDER VACATING ENTRY OF DEFAULT |

Based upon the foregoing stipulation and good cause appearing.

IT IS HEREBY ORDERED, that the Entry of Default entered herein on April 27, 2012, is hereby vacated. Defendants, ELECTRONIC DOCUMENT PROCESSING, INC., and DUSTIN K. FERRO, shall file an Answer or other responsive pleading within 10 days of entry of this order.

Dated: May 14, 2012

*Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Judge

---

**[~~PROPOSED~~] ORDER VACATING ENTRY OF DEFAULT**
H:\P21-1151\pleadings\Proposed ORDER Vacating ENTRY Default.2.wpd