Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
ALLEN ANSARI

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ALLEN ANSARI,<br><br>                    Plaintiff,<br>v.<br><br>ELECTRONIC DOCUMENT PROCESSING, INC., D/B/A EDP LEGAL SERVICES, INC., a California corporation; DUSTIN K. FERRO, individually and in his official capacity; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No. 5:12-CV-01245-LHK-HRL<br><br>**NOTICE OF MOTION AND MOTION TO STRIKE AFFIRMATIVE DEFENSES**<br><br>[Fed. R. Civ. P. 12(f)]<br><br>Hearing Date:      August 23, 2012<br>Hearing Time:      1:30 p.m.<br>Hearing Judge:     Lucy H. Koh<br>Hearing Courtroom: 8, 4th Floor<br>Hearing Location:  280 South First Street<br>                   San Jose, California |

TO:  ALL DEFENDANTS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on August 23, 2012, at 1:30 p.m., or as soon thereafter as this matter may be heard, in Courtroom 8 of the United States District Court, located at 280 South First Street, San Jose, California, before the Honorable Lucy H. Koh, United States District Judge, Plaintiff, ALLEN ANSARI ("Plaintiff"), will move the Court for an Order striking all affirmative defenses from the <u>Answer of Defendants Electronic Document Processing, Inc. DBA EDP Legal Services and Dustin K. Ferro to Unverified Complaint, with Affirmative Defenses and Demand for Jury Trial</u> (Doc. 18).

This motion is made pursuant to Fed. R. Civ. P. 12(f) and Civil L.R. 7-2 on the ground that the affirmative defenses are not plead with sufficient particularity to provide Plaintiff with "fair" notice of

the defenses being advanced and the pleadings fail to raise the alleged defenses beyond the speculative level.

This motion is based on this <u>Notice of Motion and Motion to Strike Affirmative Defenses</u> and the <u>Memorandum of Points and Authorities in Support of Motion to Strike Affirmative Defenses</u> filed herewith, and such other evidence, argument, and authorities which may be presented at or prior to the hearing before this Court on this Motion, and such other and further matters of which this Court may take judicial notice.

Please govern yourself accordingly.

CONSUMER LAW CENTER, INC.

Dated:  June 6, 2012                          By: /s/ Fred W. Schwinn
                                                      Fred W. Schwinn, Esq.
                                                      Attorney for Plaintiff
                                                      ALLEN ANSARI