UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLEN ANSARI, | Case No.: 5:12-CV-1245-LHK |
| Plaintiffs, | |
| v. | ORDER VACATING HEARING ON PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES AND VACATING CASE MANAGEMENT CONFERENCE |
| ELECTRONIC DOCUMENT PROCESSING, INC., a California corporation; DUSTIN K. FERRO, individually and in his official capacity; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to Civil Local Rule 7–1(b), the Court finds Plaintiff Allen Ansari's Motion to Strike Defendants' Affirmative Defenses (ECF No. 20) is appropriate for determination without oral argument. Accordingly, the hearing on the motion set for September 6, 2012, at 1:30 p.m. is hereby VACATED. The case management conference set for the same day is also VACATED. A case management order will be issued shortly.

**IT IS SO ORDERED.**

Dated: September 4, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-1245
ORDER VACATING HEARING ON PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES AND VACATING CASE MANAGEMENT CONFERENCE