UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLEN ANSARI,<br><br>                Plaintiff,<br><br>v.<br><br>ELECTRONIC DOCUMENT PROCESSING, INC., a California corporation; DUSTIN K. FERRO, individually and in his official capacity; and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No.: 5:12-CV-1245-LHK<br><br>ORDER DENYING MOTION TO RELATE; ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

Plaintiff Allen Ansari has filed an Administrative Motion to Consider Whether Cases Should Be Related ("Motion to Relate"). ECF No. 43. Plaintiff seeks to relate *Holmes v. Electronic Document Processing, Inc.*, Case No. 5:12-CV-6193-HRL, and *Paull v. Electronic Document Processing, Inc.*, Case No. 5:12-CV-06194-PSG, to the instant action. Plaintiff's Motion to Relate is DENIED.

The Case Management Conference scheduled for December 12, 2012 is hereby continued to February 28, 2013 at 1:30 p.m., the date for the hearing on Plaintiff's Motion to Strike Affirmative Defenses. All case deadlines remain as set forth in the case schedule issued on September 10, 2012. *See* ECF No. 34.

1   **IT IS SO ORDERED.**

3   Dated: December 10, 2012

_____
LUCY H. KOH
United States District Judge