Fred W. Schwinn (SBN 225575)
Raeon R. Roulston  (SBN 255622)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
ALLEN ANSARI

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ALLEN ANSARI,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ELECTRONIC DOCUMENT PROCESSING, INC., D/B/A EDP LEGAL SERVICES, INC., a California corporation; DUSTIN K. FERRO, individually and in his official capacity; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No. 5:12-CV-01245-LHK-HRL<br><br>**STIPULATION EXTENDING DISCOVERY DEADLINE AND [PROPOSED] ORDER THEREON** |

Whereas, Plaintiff, ALLEN ANSARI, filed the above captioned matter against Defendants, ELECTRONIC DOCUMENT PROCESSING, INC., and DUSTIN K. FERRO, on March 13, 2012; and

Whereas, the discovery deadline is presently set for February 8, 2013; and

Whereas, due to the unavailability of witnesses before the discovery deadline, the parties wish to conduct depositions on February 12, 13 and 14, 2013, in Los Angeles, California; and

Whereas, potential witness Eske Rygaard-Hjalsted has requested a continuation of his deposition, previously noticed for January 31, 2013, in order to provide proof of his diplomatic immunity.

1  Wherefore, it is hereby stipulated by and between the parties, through their respective attorneys
2  of record, that:

3  1. The discovery deadline is hereby extended to February 15, 2013; and

4  2. The deposition of Eske Rygaard-Hjalsted shall be continued to February 25, 2013, at 2:00 p.m., notwithstanding the discovery deadline.

CONSUMER LAW CENTER, INC.

Dated: January 29, 2013          By: /s/ Fred W. Schwinn
                                     Fred W. Schwinn  (SBN 225575)
                                     Attorney for Plaintiff
                                     ALLEN ANSARI

SOLTMAN, LEVITT, FLAHERTY
 & WATTLES, LLP

Dated: January 29, 2013          By: /s/ Steven S. Nimoy
                                     Steven S. Nimoy  (SBN 172310)
                                     Attorney for Defendants
                                     ELECTRONIC DOCUMENT
                                     PROCESSING, INC., and
                                     DUSTIN K. FERRO

**ORDER**

Based upon the foregoing stipulation and good cause appearing,

IT IS HEREBY ORDERED, that the fact discovery deadline is extended to February 15, 2013. The deposition of Eske Rygaard-Hjalsted shall be continued to February 25, 2013, at 2:00 p.m., notwithstanding the discovery deadline. All other deadlines remain as set in the September 10, 2012 case management order.

Dated: January 30, 2013

*Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Judge