UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

ALLEN ANSARI,

        Plaintiff,

  v.

ELECTRONIC DATA PROCESSING, INC. et al,

        Defendants.

_____/

No. C 12-1245 LHK

**ORDER RE: ATTENDANCE AT MEDIATION**

Date: February 26, 2013
Mediator: Peter Sherwood

    IT IS HEREBY ORDERED that the request to excuse defendant Electronic Data Processing and its insurance adjuster from appearing in person at the February 26, 2013, mediation session before Peter Sherwood is DENIED.  The court finds that defendants have not made adequate showing that requiring their representative(s) and their insurance adjuster to attend the mediation in person would cause them 'extraordinary or otherwise unjustified hardship' as set forth in ADR L.R. 6-10(d).  Accordingly, the request is DENIED, and defendant Electronic Data Processing's representative(s) and insurance adjuster shall attend the session in person.

    IT IS SO ORDERED.

February 20, 2013
Dated

By: _____
Maria-Elena James
United States Magistrate Judge