**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLEN ANSARI, | ) Case No.: 5:12-CV-01245-LHK |
| Plaintiff, | ) |
| v. | ) ORDER VACATING HEARING AND |
| | ) CONTINUING CASE MANAGEMENT |
| ELECTRONIC DOCUMENT PROCESSING | ) CONFERENCE |
| INC., a California Corporation; DUSTIN K. | ) |
| FERRO, individually and in his official capacity; | ) |
| and DOES 1 through 10, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Pursuant to Civil Local Rule 7-1(b), the Court finds that Defendants' Motion for Leave to File a Second Amended Answer or, in the Alternative, for Relief from Order of the Court Striking Defendants' Affirmative Defenses, Defendants' Motion for Summary Judgment, and Plaintiff's Motion for Summary Judgment are appropriate for resolution without oral argument. *See* ECF Nos. 63, 68, 71. The Court therefore VACATES the hearing on these motions scheduled for August 29, 2013, at 1:30 p.m. The Court further CONTINUES the Case Management Conference scheduled for August 29, 2013, at 1:30 p.m., to October 24, 2013, at 1:30 p.m. The Pre-Trial

1

Case No.: 12-CV-01245-LHK
ORDER DENYING DEFENDANTS' REQUEST FOR LEAVE TO FILE SECOND AMENDED ANSWER;
DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; GRANTING IN PART, DENYING IN
PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Conference and trial dates remain as set.  The parties shall comply with all pre-trial deadlines as set forth in this Court's standing orders.

**IT IS SO ORDERED.**

Dated: August 27, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-01245-LHK
ORDER DENYING DEFENDANTS' REQUEST FOR LEAVE TO FILE SECOND AMENDED ANSWER; DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; GRANTING IN PART, DENYING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

2